**DISMISS and Opinion Filed May 30, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01550-CV**

**21ST MORTGAGE CORPORATION, Appellant**

**V.**

**STEWART TITLE GUARANTY COMPANY, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09919**

## MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Lewis
Opinion by Justice FitzGerald

Before the Court is appellant's April 25, 2013 motion to dismiss the appeal. Appellant informs the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Kerry P. FitzGerald/

KERRY P. FITZGERALD

121550F.P05                                                   JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

21ST MORTGAGE CORPORATION,
Appellant

No. 05-12-01550-CV          V.

STEWART TITLE GUARANTY
COMPANY, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-09919.
Opinion delivered by Justice FitzGerald.
Justices Murphy and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, STEWART TITLE GUARANTY COMPANY, recover its costs of this appeal from appellant, 21ST MORTGAGE CORPORATION.

Judgment entered May 30, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE